## MCKINLEY CHANEY V. THE STATE.

No. 9623.   Delivered December 2, 1925.

**Manufacturing Intoxicating Liquor—Evidence—Held, Sufficient.**

No bills of exception have been brought forward in the record, and an examination of the statement of facts discloses that the evidence is amply sufficient to support the verdict, and the cause is approved.

Appeal from the District Court of Kaufman County. Tried below before the Hon. Joel R. Bond, Judge.

Appeal from a conviction for manufacturing intoxicating liquor, penalty one year in the penitentiary.

*Bumpass & Wade,* of Terrell, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

BERRY, JUDGE.—The offense is unlawfully manufacturing intoxicating liquor and the punishment is one year in the penitentiary.

The record is before us without any bills of exception. The only objection preserved to the charge of the court is one to the effect that the jury should have been instructed to peremptorily acquit the defendant. We have carefully examined the statement of facts and have reached the conclusion that the evidence is amply sufficient to support the verdict and there being no error shown, it is our opinion that the judgment should be in all things affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.